UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SNELL,<br><br>        Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 16-cv-00163-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 6 |

On February 4, 2016, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed the Complaint without prejudice, noting that "[t]he Court is unable to discern any legally cognizable claim in Plaintiff's Complaint." ECF No. 6. The Court stated: "If Plaintiff wishes to pursue this action, Plaintiff must file an amended complaint by April 9, 2016." Id. at 2. The Court further noted: "If Plaintiff fails to amend his complaint, the case will be dismissed under Rule 41(b) for failure to prosecute. Toyota Landscape Co., Inc. v. Building Material & Dump Truck Drivers Local 420, 726 F.2d 525, 528 (9th Cir. 1984)." As of April 13, 2016, Plaintiff has not filed an amended Complaint.

Accordingly, the Court dismisses this case without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 13, 2016

                                                                                                        JON S. TIGAR
                                                                              United States District Judge